UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OBDULIO SALVADOR RIVERA-BARTOLON,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:15-cr-00124-RJJ

## ORDER

Defendant appeared before me on September 9, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.  I find that his waiver was knowingly and voluntarily entered.  I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 9th day of September, 2015.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge